**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 13 CR 312 |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| VENKATESWARA R. KUCHIPUDI | ) | |
| | ) | |

**DEFENDANT VENKATESWARA R. KUCHIPUDI'S MOTION**
**TO DISMISS THE SUPERSEDING INDICTMENT**

Defendant Venkateswara R. Kuchipudi ("Dr. Kuchipudi"), by and through his undersigned counsel, hereby moves that the Court dismiss the superseding indictment with prejudice. As the Memorandum of Law in Support of this Motion to Dismiss the Superseding Indictment (which is incorporated herein) shows, despite its length, the superseding indictment fails to allege any conduct by Dr. Kuchipudi that is criminal – in fact, the allegations themselves establish that Dr. Kuchipudi's conduct fits comfortably within a "safe harbor" provision of the anti-kickback act, which forbids criminal prosecution where the alleged remuneration is "any amount paid by an employer to an employee (who has a bona fide employment relationship with such employer) for employment in the provision of covered items or services." 42 U.S.C. § 1320a-7b(b)(3)(B). Legislative history, regulatory guidance, and case law support dismissal of the superseding indictment because the alleged conduct is exempt from prosecution under that "safe harbor" provision. Alternatively, dismissal is warranted under the void for vagueness doctrine and the principle of entrapment by estoppel.

For these reasons and those detailed in Dr. Kuchipudi's corresponding Memorandum of Law in Support of this Motion to Dismiss the Superseding Indictment, Dr. Kuchipudi requests that this Court grant his Motion to Dismiss the Superseding Indictment.


2

Date: April 1, 2014                    Respectfully submitted,

Venkateswara R. Kuchipudi

/s/ Daniel D. Rubinstein
Daniel D. Rubinstein
Steven Grimes
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700
drubinstein@winston.com
sgrimes@winston.com

## CERTIFICATE OF SERVICE

I, Daniel D. Rubinstein, an attorney, hereby certify that the foregoing Defendant Venkateswara R. Kuchipudi's Motion to Dismiss the Superseding Indictment was served on April 1, 2014, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, U.S. District Court for the Northern District of Illinois Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Daniel D. Rubinstein