## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                 Case No.: 1:13−cr−00312
                                                      Honorable Matthew F. Kennelly

Edward J Novak, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 14, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 11/14/2014. Counsel for defendant Moshiri fails to appear. Defendant Novak's motion to modify conditions of release [465] is granted. Mr. Novak is permitted to travel to and from Florida from 12/5/2014 through 12/7/2014. Defendant Payawal's motion to modify conditions of release [467] is granted. Mr. Payawal is permitted to travel to and from Texas from 11/21/2014 through 11/28/2014. Any additional motions regarding the splitting of trials are due by 12/5/2014. Status hearing set for 12/9/2014 at 1:30 p.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.