**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                     Case No.: 1:13–cr–00312
                                                            Honorable Matthew F. Kennelly

Edward J Novak, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 12, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Edward J. Novak, Roy M. Payawal and Clarence Naglevoort. Jury trial held on 2/12/2015 and continued to 2/17/2015 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.